WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York
By: VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3902
New York, NY 10278-0004
(212) 264-9471
vernon.norwood@ssa.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALVIN KEMP,

               Plaintiff,

                                         No. 13-CV-0736 (WMS)

      v.

CAROLYN W. COLVIN,
Acting Commissioner
of Social Security,

               Defendant.
------------------------------------------------------------x

## STIPULATION AND ORDER REGARDING ATTORNEY FEES

This matter having been opened to the Court by Plaintiff's attorney, Lewis L. Schwartz, for an Order awarding attorney fees under 28 U.S.C. § 2412 (EAJA), and it appearing that WILLIAM J. HOCHUL, JR., United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of Two Thousand Nine Hundred Thirty-Four Dollars and Zero cents ($2,934.00) for EAJA fees, and the Court having reviewed the record in this matter;

IT IS on this 22nd day of January 2014; ORDERED that Plaintiff be awarded Two Thousand Nine Hundred Thirty-Four Dollars and Zero cents ($2,934.00) for EAJA fees. The

EAJA fees may be paid to Plaintiff's counsel if Plaintiff has agreed to transfer his rights to EAJA fees to his attorney and Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

_____
Honorable William M. Skretny
United States District Court

The undersigned hereby consent to the form and entry of the within order.

WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York

Dated: 1/21/2014

By: /s/ *Vernon Norwood*
Vernon Norwood
Special Assistant U.S. Attorney

Lewis L. Schwartz, PLLC
1231 Delaware Avenue - suite103
Buffalo, N.Y. 14209

Dated: 1/21/2014

By: /s/ Lewis L. Schwartz
Lewis L. Schwartz, Esq.
Attorney for Plaintiff

2